FILED

OCT 26 2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE SEAN ELLINGTON BRAZIL,<br><br>Plaintiff. | No. C 12-04705 EJD (PR)<br><br>ORDER OF DISMISSAL |

On September 7, 2012, Plaintiff filed a letter alleging retaliation by prison officials at California Rehabilitation Center in Norco, California. On the same day, the Clerk sent Plaintiff a notice that he must submit a complaint within thirty days of the notice to avoid dismissal of the action, and provided a copy of the court's form complaint. (Docket No. 3.) Plaintiff was separately sent a notice that he must either pay the full filing fee or file an In Forma Pauperis ("IFP") Application within thirty days to avoid dismissal of the action; a copy of the application was provided. (Docket No. 2.) The deadline has since passed, and Plaintiff has not filed a complaint, nor has he filed an IFP application.

Accordingly, this case is DISMISSED without prejudice for failure to file a complaint or to pay the filing fee.

DATED: 10/26/12

EDWARD J. DAVILA
United States District Judge

Order of Dismissal
G:\PRO-SE\SJ.EJD\CR.12\04705Brazil_dism-ifp-compl.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

IN RE SEAN ELLINGTON BRAZIL,           Case Number CV 12-04705 EJD (PR)

Plaintiff.

**CERTIFICATE OF SERVICE**

_____/

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on __10/26/12__, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) inter-office delivery receptacle located in the Clerk's office.

**Sean Ellington Brazil**
P-34315
P. O. Box 3535
Norco, CA 92860

DATED: __10/26/12__

Richard W. Wieking, Clerk
By: Elizabeth Garcia, Deputy Clerk