FILED

OCT 26 2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE SEAN ELLINGTON BRAZIL,<br><br>Plaintiff. | No. C 12-04705 EJD (PR)<br><br>JUDGMENT |

The Court has dismissed the instant civil rights action without prejudice for Plaintiff's failure to file a complaint or to pay the filing fee. A judgment of dismissal without prejudice is entered.

The Clerk shall close the file.

DATED: 10/26/12

EDWARD J. DAVILA
United States District Judge

Order of Dismissal
G:\PRO-SE\SJ.EJD\CR.12\04705Brazil_judgment.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

IN RE SEAN ELLINGTON BRAZIL,      Case Number CV 12-04705 EJD (PR)

    Plaintiff.

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on _____10/26/12_____, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) inter-office delivery receptacle located in the Clerk's office.

**Sean Ellington Brazil**
P-34315
P. O. Box 3535
Norco, CA 92860

DATED: ____10/26/12____

Richard W. Wieking, Clerk
By: Elizabeth Garcia, Deputy Clerk